## Commonwealth *v.* Benzeleski, Appellant.

Submitted March 19, 1973. *Peter G. Loftus,* Assistant Public Defender, for appellant; *William Garvey,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bethea, Appellant.

Submitted March 12, 1973. *Clarence B. Turns, Jr.,* Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.